JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
richard.colonna@usdoj.gov

*Attorneys for Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH HALE HOEKSTRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERSHING COUNTY (Nevada) SHERIFF'S OFFICE; DONNA ROBINSON, an individual; DEPUTY BOYER, an individual; and P. ZOLTOVETZ, an individual; collectively,<br><br>　　　　Defendants. | Case No. 3:24-cv -00392-MMD-CSD<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint.**<br><br>**(First Request)** |

　　　　Plaintiff Hannah Hale Hoekstra and Defendants Pershing County,[1] Donna Robinson, Daniel E. Boyer,[1] and P. Zoltovetz (the "Parties") stipulate to and request a two-week extension of time for Defendants to answer and/or respond to Plaintiff's Complaint, moving the deadline to **November 19, 2024**.

　　　　This is the first request for extension. This extension is made in good faith and not for any dilatory purpose and will allow Defendants necessary time to research and properly answer and/or respond to Plaintiff's allegations.

///

///

---

[1] Corrected party names, as amended by the First Amended Complaint [ECF No. 6], filed herein on September 30, 2024.

Accordingly, the Parties respectfully request that the deadline for Defendants to answer and/or respond to Plaintiff's Complaint be extended to **November 19, 2024**.

Respectfully submitted this 29th day of October 2024.

| | |
|---|---|
| LAWRENCE & LAWRENCE LAW, PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>1452 W. Horizon Ridge Pkwy., #662<br>Henderson, NV 89012 | */s/ R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 29, 2024

2