```
1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  R. THOMAS COLONNA
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   richard.colonna@usdoj.gov
6

7  *Attorneys for Federal Defendant*
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH HALE HOEKSTRA,<br><br>Plaintiff,<br><br>v.<br><br>PERSHING COUNTY (Nevada) SHERIFF'S OFFICE; DONNA ROBINSON, an individual; DEPUTY BOYER, an individual; and P. ZOLTOVETZ, an individual; collectively,<br><br>Defendants. | Case No. 3:24-cv -00392<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint.**<br><br>**(Second Request)** |

Plaintiff Hannah Hale Hoekstra and Defendants Pershing County,[1] Donna Robinson, Daniel E. Boyer,[1] and Paul Zohovetz[2] (the "Parties") stipulate to and request a 30-day extension of time for Defendants to answer and/or respond to Plaintiff's First Amended Complaint, moving the deadline to **December 19, 2024**.

This is the second request for extension. This extension is made in good faith and not for any dilatory purpose. This extension will allow the Plaintiff to properly effectuate personal service of the Summons and First Amended Complaint upon Defendant Zohovetz.

///

///

---

[1] Corrected party names, as amended by the First Amended Complaint [ECF No. 6], filed herein on September 30, 2024.

[2] Recently identified; misnamed in caption as "P. Zoltovetz."

1  Accordingly, the Parties respectfully request that the deadline for Defendants to answer and/or respond to Plaintiff's First Amended Complaint be extended to **December 19, 2024**.

Respectfully submitted this 13th day of November 2024.

| | |
|---|---|
| LAWRENCE & LAWRENCE LAW, PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>9480 S. Eastern Ave., Ste. 213<br>Las Vegas, Nevada 89123 | */s/R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 14, 2024