```
1  JASON FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3
4  R. THOMAS COLONNA
   Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   702-388-6336
6  Email: richard.colonna@usdoj.gov

7  Attorneys for the United States
```

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH HALE HOEKSTRA, ) | |
| ) | Case No. 3:24-cv-00392-MMD-CSD |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | **MOTION TO APPEAR** |
| ) | **TELEPHONICALLY** |
| PERSHING COUNTY (Nevada) SHERIFF'S | |
| OFFICE; DONNA ROBINSON, an | |
| individual; DEPUTY BOYER, an individual; | |
| and P. ZOHOVETZ, an individual; | |
| collectively, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Federal Defendant and the United States respectfully request that Assistant United States Attorney R. Thomas Colonna be permitted to appear telephonically at the Case Management Conference scheduled for Tuesday, January 21, 2025, at 1:30 pm in Courtroom 2 before Magistrate Judge Craig S. Denney. Federal Defendant and the United States make this request because AUSA Colonna is located in the Las Vegas, Nevada, United States Attorney's Office (USAO) office. Plaintiff's counsel has informed the United States that he does not oppose this motion.

Respectfully submitted this 9th day of December 2024.

          JASON FRIERSON
          United States Attorney

          */s/ R. Thomas Colonna*
          R. THOMAS COLONNA
          Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 10, 2024.

_____
Craig S. Denney
United States Magistrate Judge