# EXHIBIT B

Ranger Zohovetz's body worn camera ("BWC") footage (filed manually)