# EXHIBIT A

Declaration of Rebecca Pock

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH HALE HOEKSTRA,<br><br>          Plaintiff,<br><br>     v.<br><br>PERSHING COUNTY; DONNA ROBINSON, an individual; PAUL E. BOYER, an individual; and P. ZOLTOVETZ, an individual; collectively,<br><br>          Defendants. | Case No. 3:24-cv-00392<br><br>**Declaration of Rebecca Pock** |

I, Rebecca Pock, do declare as follows:

1. I am a Paralegal Specialist with the United States Department of the Interior ("Department of the Interior" or "Agency"), in the Office of the Solicitor, Division of General Law, Torts Practice Branch, in Denver, Colorado.

2. I am over the age of twenty-one and competent to make this declaration. I make this declaration on personal knowledge and a review of the records regularly maintained by the Agency and available to me in my regular course of business.

3. In my capacity as Paralegal Specialist, I process administrative claims presented to the Department of the Interior under the Federal Tort Claims Act ("FTCA").

4. Upon receiving an administrative claim presented to the Agency under the FTCA, the standard practice of the various Bureaus of the Department of the Interior is to

forward such a claim to the Office of the Solicitor, Division of General Law, Torts Practice Branch.

5. In my capacity as a Paralegal Specialist with the Torts Practice Branch, once an administrative FTCA claim is forwarded to and received by our office, I enter the claim into an electronic matter tracking system.

6. On November 6, 2024, I manually conducted a search of the Torts Practice Branch's electronic matter tracking system and email intake system to determine whether the Department of the Interior had received an administrative FTCA claim submitted by Hannah Hale Hoekstra. Through that search, I determined that the Tort Practice Branch's electronic matter tracking system and email intake system contained no record of an administrative FTCA claim submitted by or on behalf of Hannah Hale Hoekstra.

7. On November 6, 2024, I conducted a search of the electronic Data Tracking System (DTS) used by the Office of the Solicitor, Division of General Law, in Washington D.C. Through that search, I determined that the Division of General Law has not received an administrative FTCA claim submitted by or on behalf of Hannah Hale Hoekstra.

8. On November 6, 2024, I asked the Bureau of Land Management's Nevada and Arizona State Offices to conduct a search to determine whether they had received an administrative FTCA claim submitted by or on behalf of Hannah Hale Hoekstra. I received a response stating that the Bureau of Land Management's Nevada and Arizona State Offices have not received an administrative FTCA claim submitted by or on behalf of Hannah Hale Hoekstra.

9. I have received no information evidencing that the Department of the Interior received an FTCA claim submitted by or on behalf of Hannah Hale Hoekstra.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

2

1
2      Dated this 14th day of November 2024.
3
4                                              REBECCA POCK  Digitally signed by REBECCA POCK
                                                             Date: 2024.11.14 15:00:03 -07'00'
5                                              Rebecca Pock, Paralegal Specialist
                                               Office of the Solicitor
6                                              Torts Practice Branch
                                               U.S. Department of the Interior
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28