LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff Hannah Hale Hoekstra*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH HALE HOEKSTRA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PERSHING COUNTY (Nevada) SHERIFF'S OFFICE; DONNA ROBINSON, an individual; DEPUTY BOYER, an individual; and P. ZOHOVETZ, an individual; collectively, <br><br> Defendants. | Case No.: 3:24-cv-00392-MMD-CSD <br><br> **MOTION FOR LEAVE TO APPEAR REMOTELY / TELEPHONICALLY** |

Plaintiff HANNAH HALE HOEKSTRA ("Plaintiff") hereby respectfully requests that her attorney Nathan E. Lawrence, of the law firm of LAWRENCE & LAWRENCE LAW, PLLC, be permitted to appear remotely or telephonically at the Case Management Conference presently scheduled for Tuesday, January 21, 2025, at 1:30 pm in Courtroom 2 before Magistrate Judge Craig S. Denney. Plaintiff's counsel is located in Las Vegas, Nevada and has no office or local counsel in Reno, Nevada or more proximate to the Court.

/ / /



Defendants' counsel have informed Plaintiff's counsel that they do not oppose such remote appearance.

DATED this 31st day of December 2024.

LAWRENCE & LAWRENCE LAW, PLLC

_____
Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff Hannah Hale Hoekstra*

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing **MOTION TO APPEAR REMOTELY** was made on this 31st day of December 2024, by electronic mail and/or submission to the electronic filing and service system (CM/ECF) of the United States District Court, District of Nevada, which will provide copies to all parties and counsel of record, including the following:

THORNDAL ARMSTRONG, PC
Katherine F. Parks, Esq.
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882 (phone)
(775) 786-8004 (fax)
KFP@thorndal.com
*Attorneys for Pershing County, Donna Robinson, and Daniel E. Boyer*

JASON FRIERSON
United States Attorney, District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Email: richard.colonna@usdoj.gov
*Attorneys for the United States*

DATED this 31st day of December 2024.

LAWRENCE & LAWRENCE LAW, PLLC

/s/ Nathan E. Lawrence
Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff Hannah Hale Hoekstra*

