## Index of Exhibits

- **Exhibit A** is the signed Memorandum of Understanding between BLM and PSCO.
- **Exhibit B** is the Declaration of Blaine Parnell
- **Exhibit C** is Pages from Burning Man 2022 Operations Plan