# EXHIBIT C

**Pages from Burning Man 2022 Operations Plan**

1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 5634
3
   R. THOMAS COLONNA
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Richard.Colonna@usdoj.gov

7  *Attorneys for the United States*

8              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

10  HANNAH HALE HOEKSTRA,                 Case No. 3:24-cv-00392

11              Plaintiff,

12      v.                                **Declaration of Blaine Parnell**

13
    PERSHING COUNTY; DONNA
14  ROBINSON, an individual; PAUL E.
    BOYER, an individual; and P.
15  ZOLTOVETZ, an individual;
    collectively,
16
                Defendants.
17

18          I, Blaine Parnell, do declare as follows:

19          1.      I am the State Chief Ranger of the Nevada State Office of the Bureau of

20  Land Management ("BLM") in Reno, Nevada.

21          2.      I am over the age of twenty-one and competent to make this declaration. I

22  make this declaration on personal knowledge and a review of the records regularly

23  maintained by the BLM and available to me in my regular course of business.

24          3.      In my capacity as Chief Ranger, I am familiar with the contents of the 2022

25  Burning Man Operation Plan ("Operation Plan"). A true and correct copy of excerpts of

26  the Operation Plan is attached hereto as Exhibit A.

27          4.      Pursuant to the Operation Plan, which was in effect at the time of the events

28  alleged in the First Amended Complaint (ECF No. 6), BLM law enforcement officers were

1  responsible for enforcing federal regulations, event closure orders, and permit stipulations

2  at the 2022 Burning Man event. Officers from the Pershing County Sheriff's Office

3  ("PCSO") were responsible for enforcing Nevada state laws, statutes, and county

4  ordinances at the 2022 Burning Man event. *See* Ex. A at 2.

5          5.      The Operation Plan provided that PCSO and BLM law enforcement would

6  operate under an integrated command structure at the 2022 Burning Man event.

7  Whichever agency had jurisdiction over an incident would serve as the lead agency, and

8  the other agency would provide any necessary support. Hence, if an incident implicated

9  federal law, the BLM would serve as the lead agency and PCSO would serve in a support

10  capacity. Conversely, if an incident implicated state or local law, PCSO would serve as the

11  lead agency and the BLM would serve in a support capacity. *See id*. at 2.

12          6.      The Operation Plan further provided for Integrated Patrol Units staffed by

13  one BLM Ranger and one PCSO Deputy. As specified in the Operation Plan, if an incident

14  implicated federal law, the BLM Ranger would be the primary case officer, and the PCSO

15  Deputy would be the assisting officer. If an incident implicated state law, the roles would

16  reverse so that the PCSO Deputy would be the primary case officer and the BLM Ranger

17  would be the assisting officer. *See id*. at 3.

18          I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C.

19  § 1746.

20          Dated this 23rd day of January, 2025.

21          GREGORY PARNELL    Digitally signed by GREGORY PARNELL
                                Date: 2025.01.23 08:14:56 -08'00'
22  _____

23          Blaine Parnell, State Chief Ranger
            Nevada State Office
24          Bureau of Land Management
            U.S. Department of the Interior

25

26

27

28

                                   2