# EXHIBIT C

Pages from Burning Man 2022 Operations Plan




***LAW ENFORCEMENT SENSITIVE***

## Bureau of Land Management

## Pershing County Sheriff

# 2022 BURNING MAN OPERATION PLAN

**PLAN SUBMITTED BY:**

_____
Blaine Parnell, Supervisory Staff Law Enforcement Ranger
Winnemucca District

**PLAN REVIEWED BY:**

**LOGAN BRISCOE**
Digitally signed by LOGAN BRISCOE
Date: 2022.08.20 09:42:12 -07'00'

_____
Logan Briscoe, Zone 1 Supervisory Staff Law Enforcement Ranger
Zone 1 Law Enforcement

**PLAN APPROVED BY:**

_____
Mark Hall, PhD, Field Manager, Black Rock Field Office
Authorized Officer for the Burning Man Event

_____
Jerry Allen, Sheriff
Pershing County, NV

**PROTECTED INFORMATION**
This information is not to be used for any other purpose. Such information is loaned to you and should NOT be further disseminated verbally and/or written to a third party under any circumstances. This information is to be used only in association with Bureau of Land Management or Pershing County cases. Further dissemination to any unauthorized person and/or agency may result in both civil and criminal liability. Do not duplicate this material and disposal method of shredding is required.




***LAW ENFORCEMENT SENSITIVE***

| COOPERATION WITH LOCAL LAW ENFORCEMENT |
|---|

**Cooperating Law Enforcement Agencies:**

| Inside Black Rock City: | Outside Black Rock City: |
|---|---|
| BLM Law Enforcement | Washoe County Sheriff's Office (Gerlach) |
| Pershing County Sheriff's Office | Nevada Highway Patrol |
| U.S. Forest Service Law Enforcement | Federal Bureau of Investigations |

**Tier 1 (T1) Management:** Incidents that are politically sensitive in nature, pose a significant risk to the public, or involve multiple jurisdictions will require an activation of the T1. The T1 is comprised of administrators from the Pershing County Sheriff's Office, BLM, and Black Rock LLC (permittee), who will collaborate on significant incidents concerning both law enforcement and civilian components of event management.

The Pershing County Sheriff's Office (PCSO) and BLM law enforcement will be operating under an integrated command structure during the 2022 event. During law enforcement incidents at the event, the agency with primary jurisdiction over the incident will assume the role of the lead agency. The other agency will provide necessary support until the incident is resolved. PCSO and BLM law enforcement have an MOU in place for mutual aid and assistance. Agencies will follow their respective policy in operations.

The Pershing County Sheriff's Office will enforce Nevada State laws, statutes, and county ordinances on BLM administered lands and private lands surrounding the event. BLM law enforcement's role is to ensure public safety and resource protection through the enforcement of federal laws, regulations, event closure orders, and permit stipulations. BLM's law enforcement authority to enforce federal laws on public lands is derived from 43 USC §1733, Federal Land Policy Management Act (FLPMA).

The U.S. Forest Service will act as a cooperating agency with the BLM during this event through an Inter-Agency Agreement. The U.S. Forest Service's law enforcement authority to enforce federal laws is derived from 16 USC §559, the Forest Service Organic Administration Act and recognized on BLM lands through Memorandum of Understanding.

This report is property of the BLM, and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited.
Public availability to be determined by 5 U. S. C. 552.

***LAW ENFORCEMENT SENSITIVE***

**Uniform Patrol:**

Uniform patrol officers will be deployed throughout Black Rock City and along perimeter areas at the direction of their respective Patrol Sergeants and be responsible for enforcing federal laws, regulations, event closure orders, and permit stipulations. Five distinct patrol sectors have been designated for the event: Clock 3, Clock 9, Perimeter, Gate Road, and Outside the Event. **Officers must stay within their assigned patrol sector during a shift to ensure a highly visible patrol presence is maintained in a consistent manner.** Shift Lieutenants and Patrol Sergeants will evaluate patrol coverage throughout Black Rock City to ensure quick and efficient response to calls for service. Patrol officers are responsible for setting the tone for the event and as such must seek out positive interactions with participants while patrolling the city. Please maintain positive attitudes about the work we do for this event as this will translate in your actions. These interactions are important for building positive relationships with members of the Black Rock City Community, the majority of which are appreciative of law enforcement.

Prior to the end of each shift, uniform patrol officers are responsible for writing probable cause statements for citations, completing IMARS reports, documenting law enforcement activities, cataloging evidence, passing intelligence, and providing statistical information to their respective Patrol Sergeants.

## INTEGRATED PATROL UNITS

Each patrol shift may contain Integrated Patrol Units. These units will be staffed by one BLM Ranger and one Pershing County deputy. The Integrated Patrol Units will report directly to the Pershing County Patrol Supervisor for their respective shift. These units will be responsible for high visibility uniform patrol within Black Rock City. They will use marked BLM law enforcement vehicles. ==The primary mission of the Integrated Patrol Units is to provide a deterrent to criminal activity and a rapid response to person-on-person crimes within Black Rock City. Additionally, the Integrated Patrol Units will ensure public safety and resource protection through the enforcement of federal laws, state laws, regulations, event closure orders, and permit stipulations in their assigned patrol sector. In the event a contact results in a federal citation, or a potential federal case, the BLM Ranger will be designated as the primary case officer and the Pershing County deputy will be designated as the assisting officer. In the event of a state citation, or state arrest, roles will reverse.== BLM/PCSO units will remain the same the duration of the event as a COVID mitigation.