SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 S. Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH HALE HOEKSTRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PERSHING COUNTY; DONNA ROBINSON, an individual; DANIEL E. BOYER, an individual; and PAUL ZOHOVETZ, an individual; collectively,<br><br>Defendants. | Case No. 3:24-cv-00392-MMD-CSD<br><br>**Stipulation and Order to Extend Time for the Federal Defendant to File a Response to Second Amended Complaint (ECF No. 47)**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Hannah Hale Hoekstra and Federal Defendant Paul Zohovetz, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed her Second Amended Complaint on September 19, 2025. ECF No. 47.

On September 29, 2025, counsel for Plaintiff and Federal Defendant agreed to extend the time for Federal Defendant to respond to Plaintiff's Second Amended Complaint to October 24, 2025, to accommodate undersigned AUSA's medical leave and heavy workload — specifically the significant influx of high priority habeas cases requiring immediate attention. The standard for extending time is good cause. See FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation for an extension to **October 24, 2025**, for Federal Defendant to file a response to Plaintiff's Second Amended Complaint.

This is the first request for an extension of time to respond to Plaintiff's Second Amended Complaint. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 30th day of September 2025.

| | |
|---|---|
| LAWRENCE & LAWRENCE LAW, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>Nevada Bar No. 15060<br>JOSEPH P. LAWRENCE<br>Nevada Bar No. 16726<br>9480 S. Eastern Ave., Ste. 213<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

DATED: October 1, 2025

2