Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
PERSHING COUNTY, DONNA ROBINSON,
and DANIEL E. BOYER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HANNAH HALE HOEKSTRA, an individual,

Plaintiff,

vs.

PERSHING COUNTY; DONNA ROBINSON, an individual; DANIEL E. BOYER, an individual; and P. ZOHOVETZ, and individual; collectively,

Defendants.

Case No. 3:24-cv-00392-MMD-CSD

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

**(Fifth Request)**

COME NOW Plaintiff, HANNAH HALE HOEKSTRA, and Defendants, PERSHING COUNTY, DONNA ROBINSON, DANIEL E. BOYER, and PAUL ZOHOVETZ, by and through their undersigned attorneys of record, and hereby stipulate and agree to extend the current deadline for dispositive motions from August 26, 2026, to September 9, 2026.

Should the Court grant the instant request, it would constitute the fifth extension of the dispositive motion deadline.

/ / /

/ / /

/ / /

/ / /

The parties submit that this request is not made for purposes of undue delay and that no party shall be prejudiced by the relief requested herein.

Dated this 17th day of August, 2026.

LAWRENCE & LAWRENCE LAW, PLLC

By: *_/s/ Nathan Lawrence_*
NATHAN E. LAWRENCE, ESQ.
JOSEPH P. LAWRENCE, ESQ.
9480 S. Eastern Ave., Ste. 213
Las Vegas, NV 89123
Attorneys for Plaintiff

Dated this 17th day of August, 2026.

UNITED STATES ATTORNEYS

By: *_/s/ James Sweetin_*
JAMES R. SWEETIN, ESQ.
501 Las Vegas Blvd. South, Ste 1100
Las Vegas, NV 89101
Attorneys for Defendant
PAUL ZOHOVETZ

Dated this 17th day of August, 2026.

THORNDAL ARMSTRONG, PC

By: *_/s/ Katherine Parks_*
KATHERINE F. PARKS, ESQ.
6590 S. McCarran Blvd, Suite B
Reno, NV 89509
Attorney for Defendants
PERSHING COUNTY, DONNA ROBINSON, and DANIEL E. BOYER

**ORDER**

IT IS SO ORDERED

DATED: This 18th day of August 2026.

CSD

UNITED STATES MAGISTRATE JUDGE