LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff Hannah Hale Hoekstra*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HANNAH HALE HOEKSTRA, an individual,<br><br>Plaintiff,<br>v.<br><br>PERSHING COUNTY; DONNA ROBINSON, an individual; DANIEL E. BOYER, an individual; PAUL ZOHOVETZ, an individual; collectively,<br><br>Defendants. | Case No.: 3:24-CV-00392-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 68, 70]**<br><br>**(First Request)**[1] |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules IA 6-1, IA 6-2, and 26-3, Plaintiff HANNAH HALE HOEKSTRA ("Plaintiff" or "Ms. Hoekstra"), by and through her attorneys of the law firm of LAWRENCE & LAWRENCE LAW, PLLC; Defendants PERSHING COUNTY, DONNA ROBINSON, DANIEL E. BOYER (collectively, "Pershing County Defendants"), by and through their counsel of record at THORNDAL ARMSTRONG, PC; and PAUL ZOHOVETZ ("Federal Defendant"), by and through the OFFICE OF THE U.S. ATTORNEY GENERAL (collectively, the "Parties"), hereby stipulate and agree that Plaintiff's deadline to file her responses to Defendants' Motions for Summary Judgment (the "Motions") be extended by three (3) weeks

[1] This is the first extension request by Plaintiff with respect to her responses to Defendants' Motions for Summary Judgment. It is the eighth overall extension in this matter.



LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.®
LAW TO THE HIGHER POWER

LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.®

until November 25, 2026. This is the first stipulation for extension of the indicated deadline, is presented in advance of the current deadline on November 4, 2026, is made in good faith as explained below, and is not for the purpose of delay.

## I. RELEVANT PROCEDURAL HISTORY

1. On August 31, 2024, Plaintiff initiated this action by filing her Complaint [ECF No. 1], as later amended on September 30, 2024 [ECF No. 6], and September 19, 2025 [ECF No. 47].

2. On November 27, 2024, Pershing County Defendants filed their Answer [ECF No.17]to the First Amended Complaint [ECF No. 6], and their Demand for Jury Trial [ECF No. 19].

3. On October 3, 2025, Pershing County Defendants filed their Answer to Plaintiff's Second Amended Complaint [ECF No. 50].

4. On February 13, 2026, Federal Defendant filed his Answer to Plaintiff's Second Amended Complaint [ECF No. 59].

5. On August 18, 2026, the Court granted the Parties' stipulation to extend the dispositive motion deadline until September 9, 2026 [ECF No. 63].

6. Pursuant to requests by Federal Defendant and stipulation of the Parties, the Court again extended the dispositive motion deadline until September 23, 2026 [ECF No. 65] and then until October 14, 2026 [ECF No. 66].

7. On October 14, 2026, Pershing County Defendants and Federal Defendant filed their respective Motions [ECF Nos. 68 and 70].

8. Plaintiff's responses to the respective Motions are currently due November 4, 2026.

## II. LEGAL STANDARD

Fed. R. Civ. P. Rule ("FRCP") 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good

L² LAWRENCE
LAW TO THE HIGHER POWER

LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.®

cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." If additional time for any purpose is needed, the proper procedure is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D. Pa. 1962). An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of [FRCP 6]. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested. LR 26-3 requires that a motion to extend any date set by the discovery plan, scheduling order, or other order must, as well as satisfying the requirements of LR IA 6-1, demonstrate good cause for the extension.

## III. ARGUMENT

As noted above, on October 14, 2026, Pershing County Defendants and Federal Defendant filed their respective Motions [ECF Nos. 68 and 70], with the deadline for responses, in the normal course, due on November 4, 2026. Accordingly, under FRCP 6.1(b)(1), the instant Stipulation for extension of time is timely filed with respect to the upcoming response deadline.

Plaintiff's counsel was out of state and the country from late October 22, 2026, until October 31, 2026, which absence for a substantial portion of the initial response period prevented prior preparation of the necessary responses to Defendants' legally and factually expansive Motions. Over the course of the next three (3) weeks, Plaintiff's counsel has a pressing calendar, including six (6) depositions and five (5) hearings in other matters. The Parties stipulate that the noted circumstances constitute good cause for a brief extension of time for Plaintiff's responses.

/ / /

/ / /

LAW TO THE HIGHER POWER

LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.®

Accordingly, the Parties are amenable to and request approval by the Court of an extension for Plaintiff's Response to both motions until November 25, 2026.

**IT IS SO STIPULATED.**

DATED this 3rd day of November 2026.

**LAWRENCE & LAWRENCE, PLLC**

______________________________

Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff Hannah Hale Hoekstra*

DATED this 3rd day of November 2026.

**TODD BLANCHE**
Attorney General of the United States
**SIGAL CHATTAH**
First Assistant U.S. Attorney, District of Nevada

*/s/ James R. Sweetin*______________
**JAMES R. SWEETIN**
Assistant United States Attorney, NBN 8264
501 S. Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
James.Sweetin@usdoj.gov
*Attorneys for Fed. Defendant Zohovetz*

**THORNDAL ARMSTRONG, PC**

*/s/ Katherine F. Parks*______________
Katherine F. Parks, Esq.
6590 S. McCarran Blvd., Ste B
Reno, NV 89509
KFP@thorndal.com
*Attorney for Defendants Pershing County, Donna Robinson, and Daniel E. Boyer*

**IT IS SO ORDERED.**

DATED: November 4, 2026

______________________________
UNITED STATE DISTRICT JUDGE

L² LAWRENCE LAW TO THE HIGHER POWER