TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Hannah Hale Hoekstra, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Pershing County; Donna Robinson, an individual; Daniel E. Boyer, an individual; Paul Zohovetz, an individual; collectively,<br><br>Defendants. | Case No. 3:24-cv-00392-MMD-CSD<br><br>**Notice of Appearance** |

Please take notice that Assistant United States Attorney Nathan M. Claus is appearing as lead counsel for the United States of America. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 19th day of November 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney